# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10569

_____

WELLS FARGO BANK N.A.,

As Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5,

*Plaintiff-Appellee,*

*versus*

12757 INVESTMENTGROUP LLC, et al,

*Defendants,*

CLIFFTON L. SNEED,

a.k.a. Clifton Sneed,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-60163-RS

_____

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before ROSENBAUM, NEWSOM, and BRASHER, Circuit Judges.

2                          Order of the Court                          25-10569

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 40, 11th Cir. IOP 2.

The motion for leave to file second amended notice of removal is DENIED.